## Commonwealth *v.* Buford, Appellant.

Before DANDRIDGE, J.

Submitted March 28, 1974. *John Myers* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Public Defender having filed a brief in compliance with *Commonwealth v. Baker,* 429 Pa. 209 (1968), a copy of which brief was delivered to appellant, the request of the Public Defender to withdraw as appellant's counsel is granted. Appellant having filed a pro se brief which was presented to this Court, the judgment of sentence is affirmed.